UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.: 13-40547-BKC-PGH

JOHN JOSEPH

    Debtor

_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Debtor, JOHN JOSEPH, and hereby files this Notice of Voluntary Dismissal.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the was furnished by first-class, U.S mail or via the CM/ECF system of the United States Bankruptcy Court to all creditors and interested parties on the attached matrix, this 30th day of December, 2013.

    **BARRY S. MITTELBERG, P.A.**
    1700 N. University Drive, #300
    Coral Springs, FL  33071
    (954) 752-1213
    (954) 752-5299 fax
    Email: barry@mittelberglaw.com

    By: _____
    Barry S. Mittelberg, Esq.
    Florida Bar No.: 396567

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).

-1-

```
Label Matrix for local noticing        American Express                      Bank of America
113C-9                                  Po Box 3001                           Attn: Correspondence Unit/CA6-919-02-41
Case 13-40547-PGH                       16 General Warren Blvd                Po Box 5170
Southern District of Florida            Malvern, PA 19355-1245                Simi Valley, CA 93062-5170
West Palm Beach
Mon Dec 30 16:43:14 EST 2013

(p)CITIBANK                             EMC Mortgage                          Gecrb/Lowes
PO BOX 790034                           POB 469030                            Attention: Bankruptcy Department
ST LOUIS MO 63179-0034                  Denver, CO 80246-9030                 Po Box 103104
                                                                              Roswell, GA 30076-9104


Internal Revenue Service                Midland Funding                       Office of the US Trustee
POB 7346                                8875 Aero Dr Ste 200                  51 S.W. 1st Ave.
Philadelphia, PA 19101-7346             San Diego, CA 92123-2255              Suite 1204
                                                                              Miami, FL 33130-1614


Richard B. Carey, Esq.                  Richard Battaglino, Esq               Us Bk Hm Mtg
1401 Forum Way #210                     Zakheim & LaVrar, P.A.                4801 Frederica St
West Palm Beach, FL 33401-2324          1045 S. University Drive, Ste 202     Owensboro, KY 42301-7441
                                        Plantation, FL 33324-3333


Wachovia Mortgage/World Savings and Loan (p)WELLS FARGO BANK NA              World Omni F
Attn: Bankruptcy Dept.(T7419-015)       WELLS FARGO HOME MORTGAGE AMERICAS SERVICING P.o. Box 991817
Po Box 659558                           ATTN BANKRUPTCY DEPT MAC X7801-014    Mobile, AL 36691-8817
San Antonio, TX 78265-9558              3476 STATEVIEW BLVD
                                        FORT MILL SC 29715-7203


Barry S. Mittelberg                     John Joseph                           Robin R Weiner
1700 N University Dr #300               4200 Sea Mist Way                     www.ch13weiner.com
Coral Springs, FL 33071-8970            Lake Worth, FL 33449-8315             POB 559007
                                                                              Fort Lauderdale, FL 33355-9007
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citi                                    (d)Citibank NA                        Wells Fargo Hm Mortgag
CitiCard Credit Services/Centralized Ban Attn: Centralized Bankruptcy         8480 Stagecoach Cir
Po Box 20363                            Po Box 20363                          Frederick, MD 21701
Kansas City, MO 64195                   Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                      End of Label Matrix
                                        Mailable recipients    17
                                        Bypassed recipients     1
                                        Total                  18
```